UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL 'O'

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07430-CAS-ASx | Date | October 28, 2026 |
| Title | Brian Mitchell, et al., v. Steve Wagner, et al. | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER |

| | | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| John Schafer<br>Frank Brucculeri | Brent Colasurdo<br>Andrew Prout |

**Proceedings:** ZOOM HEARING RE: PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (Dkt. 39, filed October 26, 2026)

On October 26, 2026, plaintiffs Brian Mitchell and the Mitchell Family Living Trust dated January 1, 2025 (collectively, the "Mitchell Plaintiffs") filed the instant *ex parte* application for a temporary restraining order ("TRO"), seeking to restrain defendants Steve Wagner, The Wagner Family Living Trust dated July 27, 2022, and Aurora Vessel LLC (collectively, the "Defendants") from taking certain actions with respect to the division of ownership interests in Aurora Vessel LLC. Dkt. 39 ("TRO"). On October 27, 2026, defendants filed an opposition. Dkt. 44.

On October 28, 2026, the Court held a hearing. For reasons stated on the record, the Court **DENIES** plaintiffs' *ex parte* application. The Court **GRANTS** limited relief to plaintiffs as follows: Pending the various hearings scheduled in this matter for November 23, 2026, the Court **ORDERS** that defendants give ten (10) days notice in writing to opposing counsel and to the Court of any prospective plan to change the ownership percentage of Aurora Vessel LLC, either as a result of a third-party infusion of capital or by otherwise increasing capitalization on the part of the defendants.

IT IS SO ORDERED.

| | | |
|---|---|---|
| | 00 | : 32 |
| Initials of Preparer | CMJ | |